JURY

# U.S. District Court
## Southern District of Ohio (Columbus)
### CIVIL DOCKET FOR CASE #: 2:22-cv-03089-ALM-KAJ

Lozano et al v. John Does 1 through X et al
Assigned to: Chief Judge Algenon L. Marbley
Referred to: Magistrate Judge Kimberly A. Jolson
Demand: $7,500,000
Cause: 28:1331 Fed. Question: Trademark

Date Filed: 08/10/2022
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Alexandra Lozano**
    represented by  **Shawn J Organ**
Organ Cole LLP
1330 Dublin Road
Columbus, OH 43215
614-481-0900
Fax: 614-481-0904
Email: sjorgan@organlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Theodora Merino**
Organ Law LLP
1330 Dublin Road
Columbus, OH 43215
614-481-0900
Fax: 614-481-0904
Email: amerino@organlegal.com
*ATTORNEY TO BE NOTICED*

**Kirsten R. Fraser**
Organ Law LLP
Ohio
1330 Dublin Rd.
Columbus, OH 43215
614-481-0900
Fax: 614-481-0904
Email: kfraser@organlegal.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelyne Lisinski**
    represented by  **Shawn J Organ**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Theodora Merino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten R. Fraser**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Giulia Fantacci**                    represented by  **Shawn J Organ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Theodora Merino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten R. Fraser**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Lauren Eagan**                    represented by  **Shawn J Organ**
*TERMINATED: 08/24/2022*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Theodora Merino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten R. Fraser**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

**John Does 1 through X**

<u>**Defendant**</u>

**Jane Does I-X**

<u>**Defendant**</u>

**ABC Partnerships I-X**

**Defendant**

**DEF Limited Liability Companies I-X**

**Defendant**

**XYZ Corporations**

**Movant**

**Jennifer Scarborough**         represented by    **Jennifer Scarborough**
Law Firm of Jennifer Scarborough PLLC
PO Box 531888
Harlingen, TX 78553
956-513-7633
Fax: 956-391-2358
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2022 | 1 | MOTION for Leave to File *Motion for Leave to Serve Third Party Subpoenas Prior to Rule 26(F) Conference* by Plaintiffs Lauren Eagan, Giulia Fantacci, Angelyne Lisinski, Alexandra Lozano. (Organ, Shawn) (Entered: 08/10/2022) |
| 08/10/2022 | 2 | COMPLAINT with JURY DEMAND against All Defendants ( Filing fee $ 402 paid - receipt number: AOHSDC-8999486), filed by Giulia Fantacci, Angelyne Lisinski, Lauren Eagan, Alexandra Lozano. (Attachments: # 1 Civil Cover Sheet) (Organ, Shawn) (Entered: 08/10/2022) |
| 08/11/2022 | 3 | ORDER OF RECUSAL. Magistrate Judge Chelsey M. Vascura recused. Case reassigned to Magistrate Judge Kimberly A. Jolson for all further proceedings. Signed by Magistrate Judge Chelsey M. Vascura on 8/11/2022. (agm) (Entered: 08/11/2022) |
| 08/11/2022 | 4 | NOTICE by Plaintiffs Lauren Eagan, Giulia Fantacci, Angelyne Lisinski, Alexandra Lozano re 2 Complaint, *of filing AO120 Form* (Attachments: # 1 Civil Cover Sheet) (Organ, Shawn) (Entered: 08/11/2022) |
| 08/12/2022 | 5 | OPINION AND ORDER granting 1 Motion for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference. Plaintiffs may serve immediate discovery consistent with this Opinion and Order. Signed by Magistrate Judge Kimberly A. Jolson on 8/12/2022. (kk2) (Entered: 08/12/2022) |
| 08/23/2022 | 6 | MOTION to Withdraw *Plaintiff Eagan* by Plaintiffs Lauren Eagan, Giulia Fantacci, Angelyne Lisinski, Alexandra Lozano. (Fraser, Kirsten) (Entered: 08/23/2022) |
| 08/24/2022 | 7 | ORDER granting 6 Motion to Withdraw Plaintiff Eagan. Signed by Magistrate Judge Kimberly A. Jolson on 8/24/2022. (kk2) (Entered: 08/24/2022) |
| 09/23/2022 | 8 | NOTICE of Filing by Movant Jennifer Scarborough. (Attachments: # 1 Exhibit Order from So Dist of Texas, # 2 Envelope) (er) (Entered: 09/26/2022) |

| PACER Login: | pbj956333 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:22-cv-03089-ALM-KAJ |
| Billable Pages: | 3 | Cost: | 0.30 |