IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS – BROWNSVILLE DIVISION

| | |
|---|---|
| JENNIFER SCARBOROUGH,<br><br>  Petitioner,<br><br>v.<br><br>LOZANO ET AL;<br><br>  Respondents. | Civil Misc. Action No. 1:22-mc-00100<br><br>Judge Fernando Rodriguez, Jr. |

## NOTICE TO THE COURT

Now come Respondents Alexandra Lozano, Angelyne Lisinski, and Giulia Fantacci, and hereby provide Notice to the Court regarding a clarification issued by the Southern District of Ohio regarding the subpoena Respondents issued to Petitioner Jennifer Scarborough.  In compliance with the Southern District of Ohio's clarification, Respondents hereby respectfully amend their opposition to the Motion to Quash (Doc. 4).  Respondents agree to withdraw their request for documents from Ms. Scarborough.  However, **Respondents request that the Court deny the remainder of Ms. Scarborough's Motion to Quash and require Ms. Scarborough sit for her deposition as soon as possible**, for the reasons stated in Respondents' Memorandum in Opposition to the Motion to Quash.

Date: October 24, 2022

Respectfully submitted,

 /s/ Kirsten R. Fraser
Shawn J. Organ (0042052)
  *Trial Attorney*
*Pro Hac Vice*
Kirsten R. Fraser (0093951)
*Pro Hac Vice*
Ashley T. Merino (0096853)
*Pro Hac Vice*
Organ Law LLP

        1330 Dublin Road
        Columbus, Ohio  43215
        614.481.0900
        614.481.0904 (f)
        sjorgan@organlegal.com
        kfraser@organlegal.com
        amerino@organlegal.com

*Attorneys for Respondents*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 24, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and was served on all counsel of record.

      /s/ Kirsten R. Fraser
*Attorney for Respondents*