# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS – BROWNSVILLE DIVISION

| | |
|---|---|
| SCARBOROUGH, | ) |
| | ) |
|    Movant, | ) |
| | ) Case Misc. Action No. 1:22-mc-00100 |
| v. | ) |
| | ) Judge Fernando Rodriguez, Jr. |
| LOZANO, et al., | ) |
| | ) |
|    Respondents | ) |

### PROPOSED ORDER

Pending before this Court is the Motion of Movant, Jennifer Scarborough, for Sanctions (Dkt. No .___). After reviewing the Motion, the record, and the applicable law, the Court is of the opinion that:

_____   The Motion for a Sanctions should be granted;

_____   The Motion for Sanctions should be denied.

It is SO ORDERED.

Signed this _____ of _____, 2022.

_____

_____
UNITED STATES DISTRICT JUDGE

1