United States District Court
Southern District of Texas
**ENTERED**
June 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JENNIFER SCARBOROUGH, | § |
| | § |
| VS. | §   MISC. ACTION NO. 1:22-MC-100 |
| | § |
| ALEXANDRA LOZANO, *et al.*, | § |

## ORDER

On September 19, 2022, Jennifer Scarborough moved to quash a third-party subpoena served upon her in connection with an action pending in the Southern District of Ohio. (Motion to Quash, Doc. 1) The Court denied her Motion on November 9. (Order, Doc. 8) Since that day, there have been no filings in this matter.

The underlying action, *Lozano v. John Does 1 through X*, Docket No. 2:22-cv-03089 (S.D. Ohio), closed on March 24, 2023. (*Id.* at Doc. 12) Accordingly, it is:

**ORDERED** that by no later than July 7, 2023, Jennifer Scarborough shall file a status report regarding whether need remains to keep this matter open. The Court will consider her failure to file the status report as grounds to close this matter.

Signed on June 20, 2023.

_____
Fernando Rodriguez, Jr.
United States District Judge