UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JENNIFER SCARBOROUGH, § | |
| § | |
| VS. § | MISC. ACTION NO. 1:22-MC-100 |
| § | |
| ALEXANDRA LOZANO, *et al.*, § | |

## ORDER

On September 19, 2022, Jennifer Scarborough moved to quash a third-party subpoena served upon her in connection with an action pending in the Southern District of Ohio. (Motion to Quash, Doc. 1) The Court denied her Motion on November 9. (Order, Doc. 8) Since that day, there have been no filings in this matter. The underlying action, *Lozano v. John Does 1 through X*, Docket No. 2:22-cv-03089 (S.D. Ohio), closed on March 24, 2023. (*Id.* at Doc. 12)

On June 20, this Court ordered that by July 7, Scarborough file a status report regarding whether need remains to keep this matter open. (Order, Doc. 10) In that Order, the Court indicated that it would treat her failure to file the status report as grounds to close this matter. (*Id.*) Scarborough did not file a status report.

Accordingly, the Clerk of Court is directed to close this matter.

Signed on July 10, 2023.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge